# EXHIBIT G

Estate of Kevin Czartoryski

# VCF Documentation



September 11th
Victim Compensation Fund

September 16, 2016

PATRICIA KALBOUROS
C/O BETH N. JABLON
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

Dear PATRICIA KALBOUROS:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. You submitted an Eligibility Form on behalf of KEVIN CZARTORYSKI.  Your claim number is VCF0005458.  Your Eligibility Form was determined to be substantially complete on September 16, 2016.  As stated in the Regulations and on the claim form, by filing a substantially complete Eligibility Form, you have waived your right to file or be a party to a September 11th-related lawsuit on behalf of the decedent and his or her survivors.

## The Decision on your Claim

The VCF has determined that the decedent has met the eligibility criteria established in the statute and regulations.  Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- INTERSTITIAL LUNG DISEASE
- LUNG CANCER

Please note that there are several reasons why an injury that you think should be eligible is not listed above.  For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

## What Happens Next

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim.  Please see the VCF website for details on how to amend your claim.  The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any



September 11th
Victim Compensation Fund

compensation, you should amend your claim.  If you choose to amend your claim, you will need to use the VCF Private Physician process.  The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim.  All forms are available on the VCF website under "Forms and Resources."  The website also includes detailed information and instructions on the Private Physician process.

**If the decedent did not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials.  If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund



September 11th
Victim Compensation Fund

November 15, 2017

PATRICIA KALBOUROS
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

Dear PATRICIA KALBOUROS:

The September 11th Victim Compensation Fund ("VCF") sent you a letter on October 20, 2017 notifying you of the amount of your award.  Your claim number is VCF0005458.  Since then, the VCF has re-evaluated your claim for compensation.  This letter sets forth the revised award and supersedes and replaces all previous letters.
This re-evaluation was prompted due to the discovery of an error in the calculation of lost earnings.  The prior loss calculation letter which showed a zero award avoided our scrutiny due to the substantial prior lawsuit settlement offset which created a false impression that our lost earnings calculation was correct.  Our recalculation, which also surely took the lawsuit offset into account, nevertheless resulted in an increased award amount, as you may see in the corrected addendum below.  This letter thus sets forth the corrected award calculation and should reflect the appropriate increase in your total wrongful death economic loss and non-economic loss award amount.

Based on the re-evaluation of your claim, the VCF has calculated the amount of your eligible loss as **$346,922.43**.  This determination is in accordance with the requirements of the Reauthorized Zadroga Act.  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions included in this determination.
No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

## What Happens Next

The VCF will deem this award to be final and will begin processing the payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**:  You may request a hearing before the Special Master or



September 11th
Victim Compensation Fund

her designee if you believe the amount of your award was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the award does not adequately address your claim. **If you choose to appeal, your payment will not be processed until your appeal has been decided**.

To request a hearing, you must complete and return the enclosed Compensation Appeal Request Form **and** Pre-Hearing Questionnaire no later than **30 calendar days** from the date of this letter. The VCF will notify you in writing of your scheduled hearing date and time and will provide additional instructions to prepare for your hearing. If both forms are not submitted with complete information within 30 days, you have waived your right to appeal and we will begin processing your payment.

- **Amending your Claim**: You may amend your claim in the future if your circumstances change and you have new information to provide to the VCF. For example, you may amend if the WTC Health Program certifies additional physical conditions for treatment, if you have information in support of your claim that was not submitted to the VCF when your award was determined and that you believe would affect the amount of your award, or if you have incurred additional economic loss due to an eligible condition. The VCF will review the new information and determine if it provides the basis for a revised decision. Please see the VCF website for additional details on how to amend your claim and the specific circumstances that may be appropriate to request an amendment.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award. If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment. If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award. If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the Reauthorized Zadroga Act. As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: PATRICIA KALBOUROS



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:      VCF0005458
Decedent Name:     KEVIN CZARTORYSKI

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| | |
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $300,000.00 |
| | |
| **Subtotal Award for Personal Injury Claim** | $300,000.00 |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | $1,366,535.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | $0.00 |
| SSA Survivor Benefits | $0.00 |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $1,366,535.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $0.00 |
| Burial Costs | $14,490.00 |
| **Total Other Economic Losses** | $14,490.00 |
| | |
| **Total Economic Loss** | $1,381,025.00 |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $250,000.00 |
| Non-Economic Loss - Dependent(s) | $0.00 |
| **Total Non-Economic Loss** | $250,000.00 |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | $0.00 |
| Life Insurance | $0.00 |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | $0.00 |
| | |
| **Subtotal Award for Deceased Claim** | $1,631,025.00 |



September 11th
Victim Compensation Fund

| | |
|---|---|
| **Subtotal of Personal Injury and Deceased Claims** | $1,931,025.00 |
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | ($1,584,102.57) |
| Previously Paid Personal Injury Award | $0.00 |
| **TOTAL AWARD** | $346,922.43 |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | $0.00 |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | 100% |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| **Eligible Conditions Considered in Award** |
|---|
| Interstitial Lung Disease |
| Lung Cancer |

# Family Member Affidavits

Diane Ballek

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

------------------------------------------------------------ X

EVELYN BETSO, et al.,

**AFFIDAVIT OF**
**DIANE BALLEK**

Plaintiffs,

21-CV-01394 (GBD)(SN)

V.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

------------------------------------------------------------ X

STATE OF NEW YORK     )
                      :SS
COUNTY OF QUEENS      )

DIANE BALLEK, being duly sworn, deposes and says:

1.    I am a plaintiff in the within action, am over 18 years of age, and reside at 60-25 59th Road Maspeth, New York 11378.

2.    I am currently 71 years old, having been born on February 6, 1952.

3.    I am the sister of Decedent, Kevin A. Czartoryski, upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

4.    My brother passed away from Complications of Metastatic Sarcomatoid Carcinoma of Right Lung (Status Post Chemotherapy) on December 5, 2010, at the age of 46. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      My brother, Kevin, was a 1st Grade Detective. Kevin was the youngest out of six. I was so happy when Kevin was born. I was 12 years old and felt like his mom. Even though our mom was happy to take care of him, we all loved taking care of him. I truly believed Kevin was a gift from God to me. Kevin spent his younger years with me. I would pick him up from school and take him on the city bus because my husband was a city bus driver. Kevin loved going on the bus for rides with me. As he got older, I grew to love Kevin more and more, I always felt that he was like my first born. My children until this day tell people that Uncle Kevin was their mom's first born.

6.      On September 11, 2001, my brother, a detective for NYC Police Department was working in the World Trade Center Exposure Zone. He was searching and recovering bodies, body parts, and escorting them to makeshift morgues. He did this for at least three months.

7.      In 2009, my brother was diagnosed with advanced pulmonary fibrosis. He needed a double lung transplant, and after several attempts, he was given a match on May 5th, 2010.The lung had a virus and had complications. My brother suffered immensely and passed away on December 5th, 2010. He died from the cancer he developed during treatment.

8.      Kevin's illness and death broke my heart every day. My heart aches for him. I never thought I would bury my youngest brother who I loved more than life. Watching my baby die was so devasting and still is. Kevin suffered a lot. Kevin would be assigned to jobs that I would be assigned to. He was in the Deputy Commissioner Public Information department when I was working for Assemblywoman Cathy Nolan. There were times we would both be out on the same assignment. We loved seeing each other. Anytime I was either at home or at a family

party Kevin always had a happy face and a wonderful smile. He would light up the room when

he walked in. My special memories include him graduating from the police academy, us

spending time together talking about work and family, and his 40th birthday party at Dazies

Restaurant.

_Diane Ballek_

DIANE BALLEK

Sworn before me this

4th day of Aug. , 2023

_Diane C. McLaughlin_

Notary public


DIANE C. MCLOUGHLIN
NOTARY PUBLIC STATE OF NEW YORK
NO.01MC6079824
QUALIFIED RICHMOND COUNTY
COMMISSION EXPIRES SEP 09 20

FEB 07 2027

Patricia Kalbouros

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                                 03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X      **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                                  **PATRICIA KALBOUROS**


                                     Plaintiffs,              21-CV-01394 (GBD)(SN)

                 V.

ISLAMIC REPUBLIC OF IRAN,

                                Defendant.
-------------------------------------------------------------- X

STATE OF NEW YORK       )
                        : SS
COUNTY OF QUEENS        )


        PATRICIA KALBOUROS, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
61-20 77th Street Middle Village, New York 11379.

        2.      I am currently 68 years old, having been born on March 17, 1955.

        3.      I am the sister of Decedent, Kevin A. Czartoryski, upon whose death my claims
are based. I submit this Affidavit in support of the present motion for a default money judgment
for the claim made on behalf of my brother's estate and for my solatium claim.  On April 11,
2011, I was issued Letters Testamentary as Executrix of my brother's estate by the Queens
County Surrogate's Court.

        4.      My brother passed away from Complications of Metastatic Sarcomatoid
Carcinoma of Right Lung (Status Post Chemotherapy) on December 5, 2010, at the age of 46. It
was medically determined that this illness was causally connected to his exposure to the toxins

resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.     Kevin Czartoryski is my baby brother. He was a First Grade NYPD detective. Kevin and I are the youngest of six siblings. As adults, he and I traveled the Caribbean by cruise. We were on Carnival, Holland, Americas and Norwegian. We also traveled to Scotland and Ireland. Kevin took my sisters Diane, Carol, and I on a cruise in 2010. It was a little farewell to us. Both of our parents were deceased by November of 1994.

6.     On September 11, 2001, Kevin was assigned to the city morgue by the NYPD. He was assigned to identify victims. In addition, he worked at Ground Zero attempting to recover any victims. I am not entirely sure how much time he spent at Ground Zero but at least 3 months or more.

7.     Kevin's condition began with a disturbing cough. It was diagnosed as pulmonary fibrosis in 2009. He underwent a lung transplant on May 5, 2010. He was given a lung that had Cytomegalovirus. In addition to treating the lung transplant, we had to deal with a virus. He had weekly checkups, chest x-rays, pulmonary function tests, and blood tests. He then got sick in August of 2010 and was treated for the CMV virus. He became thrombocytopenic, anemic, and required many blood transfusions. He underwent two lung biopsies. In November of 2010 he was diagnosed with lung cancer. He received only one chemotherapy treatment. Kevin battled long and hard. When my brother became ill, I became his sole caregiver, as I am a registered nurse. I went to all his doctor's appointments. When he came home after his transplant, I gave him his IV infusions. I was his health care proxy. He conveyed to me when he wished for comfort and care at the end of his life. This had tremendously impacted me. He passed away on December 5, 2010.

8.     My life has never been the same since Kevin died. He wasn't only my brother but my confidant, best friend, travel companion. I pray every night for him to watch over all of us. Yes,

I still cry but not as much because I know we will see each other again.

PATRICIA KALBOUROS

Sworn before me this
4th day of Aug., 2023

Notary public

DIANE C. MCLOUGHLIN
NOTARY PUBLIC STATE OF NEWYORK
NO.01MC6079824
QUALIFIED RICHMOND COUNTY
COMMISSION EXPIRES SEP 03 20

FEB 07 2027

Carol Motyka

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

--------------------------------------------------------------- X          **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                              **CAROL MOTYKA**


                                        Plaintiffs,          21-CV-01394 (GBD)(SN)

                        V.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
--------------------------------------------------------------- X

STATE OF NEW YORK        )
                        : SS
COUNTY OF SUFFOLK       )

        CAROL MOTYKA, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
39 Columbus Avenue, Brentwood, New York 11717.

        2.      I am currently 70 years old, having been born on January 9, 1953.

        3.      I am the sister of Decedent, Kevin A. Czartoryski, upon whose death my claim
is based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My brother passed away from Complications of Metastatic Sarcomatoid
Carcinoma of Right Lung (Status Post Chemotherapy) on December 5, 2010, at the age of 46. It
was medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      Kevin and I had a special bond during his younger years, especially around Christmas. I would make it a point to fulfill his entire Christmas list to Santa. One time on Christmas Eve, he really wanted a specific toy train set that he saw in a store window. My now husband and I went to that store on Christmas Eve, purchased it, and took it back to his house to gift wrap it. He drove me back to my house so it would be under the Christmas tree for Kevin on Christmas morning. As he grew older our bond strengthened. I attended all his events. I remember how proud he was when he graduated from the Police Academy.

6.      Kevin worked his way up the ranks, became a first-grade detective and worked at 1 Police Plaza in the DCPI office. He became good friends with the Commissioner, Ray Kelly. Commissioner Kelly had a little trouble saying Kevin's last name which was "Czartoryski", so Kevin told him to call him "shot of whiskey". It was at this point Kevin welcomed Commissioner Kelly into our family. Shortly thereafter one of Kevin's nephews graduated from the Police Academy and the ceremony was held at Madison Square Garden. Kevin took the entire family backstage to meet Commissioner Ray Kelly. He was so welcoming and kind to all of us, but in particular to me. Commissioner Kelly called me by name to come and walk with him, locking arms and asking me how I am doing and things about my son who had graduated 6 months prior. We walked quite a distance to his awaiting car. It was truly memorable. I recall Kevin telling me that the head of Commissioner Kelly's security detail was asking him what they were talking about. He really saw the Commissioner so relaxed as if he was part of our family.

7.    Kevin reported to the makeshift morgue that was next to the city morgue due to the terrorist attacks on the World Trade Center. He was then sent to the pile to work alongside others.

8.    Kevin developed a dry cough, so he went to the doctors. They did a CT scan, told him he had pulmonary fibrosis, and needed a lung transplant. He received a lung, but it had a virus, so he went for testing every week. In August, they did a biopsy. Then in November, they told him he had lung cancer, he had one chemotherapy treatment, and then he passed away.

9.    Kevin's death has left a big hole in my heart that can never be replaced. I think of him every day. I miss him asking me to rub his feet. I miss rubbing his back. I miss his smile and his laugh. I miss talking to him on the phone every day. I miss him getting the whole family together and the stories he would tell.

_CAROL MOTYKA_

Sworn before me this

___ day of _October_ 2023

___
Notary public

JOSEPH RUBINO
Notary Public, State of New York
No. 4997891
Qualified in Suffiok County
Commission Expires June 15, 2026