# EXHIBIT B

| # | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Amount | Notes |
| 1 | Diane | | Ballek | | US | Kevin | | Czartoryski | US | 12/5/10 | NY | 21-cv-01394 | | 7154 at 4 | Sibling | $ 4,250,000.00 | |
| 2 | Evelyn | | Betso | | US | James | | Betso | US | 6/17/15 | NY | 21-cv-01394 | | | Spouse | $ 12,500,000.00 | |
| 3 | Jade | | Betso | | US | James | | Betso | US | 6/17/15 | NY | 21-cv-01394 | 21-cv-01394, 1 at 1 | 7154 at 4 | Child | $ 8,500,000.00 | |
| 4 | Leah | | Betso | | US | James | | Betso | US | 6/17/15 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 5 | Amy | L. | Bosche | | US | Christopher | | Bosche | US | 9/12/17 | NY | 21-cv-01394 | 21-cv-01394, 1 at 1 | | Spouse | $ 12,500,000.00 | Formerly Amy L. Christian |
| 6 | Maria | | Castro-Morales | | US | Gregorio | | Morales | US | 7/30/16 | NY | 21-cv-01394 | 21-cv-01394, 1 at 1 | | Spouse | $ 12,500,000.00 | |
| 7 | Nicholas | | Cohen | | US | Ronald | | Cohen | US | 11/25/14 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 8 | Paula | | Cohen | | US | Ronald | | Cohen | US | 11/25/14 | NY | 21-cv-01394 | 21-cv-01394, 1 at 1 | | Spouse | $ 12,500,000.00 | |
| 9 | Maryrose | | DeNunzio | | US | James | | DeNunzio | US | 3/2/13 | NY | 21-cv-01394 | 21-cv-01394, 1 at 1 | | Spouse | $ 12,500,000.00 | |
| 10 | Joanna | | Dixon-Reisman | | US | Steven | B. | Reisman | US | 6/1/14 | NY | 21-cv-01394 | 21-cv-01394, 1 at 2 | | Spouse | $ 12,500,000.00 | Claimant's name was mispelled as Johanna on the original complaint. |
| 11 | Amanda | C. | Francfort | | US | Roger | C. | Steinert | US | 6/2/17 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 12 | Karen | | Gaines | | US | Scott | N. | Gaines | US | 9/27/17 | NY | 21-cv-01394 | 21-cv-01394, 1 at 2 | | Spouse | $ 12,500,000.00 | |
| 13 | Alison | | Greaney | | US | Thomas | | Greaney | US | 1/5/14 | NY | 21-cv-01394 | 21-cv-01394, 1 at 2 | | Child | $ 8,500,000.00 | |
| 14 | Liam | | Greaney | | US | Thomas | | Greaney | US | 1/5/14 | NY | 21-cv-01394 | 21-cv-01394, 1 at 2 | | Child | $ 8,500,000.00 | |
| 15 | Mairead | | Greaney-Stea | | US | Thomas | | Greaney | US | 1/5/14 | NY | 21-cv-01394 | | | Child | $ 8,500,000.00 | |
| 16 | Cheryl | | Hafner-Zawada | | US | Stephen | L. | Zawada | US | 11/23/12 | NY | 21-cv-01394 | 21-cv-01394, 1 at 2 | | Spouse | $ 12,500,000.00 | |
| 17 | Ian | | Heffernan | | US | James | | Heffernan | US | 12/1/13 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 18 | James | | Heffernan | IV | US | James | | Heffernan | US | 12/1/13 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 19 | Sandra | | Heffernan | | US | James | | Heffernan | US | 12/1/13 | NY | 21-cv-01394 | 21-cv-01394, 1 at 3 | | Spouse | $ 12,500,000.00 | |
| 20 | Patricia | | Kalbouros | | US | Kevin | | Czartoryski | US | 12/5/10 | NY | 21-cv-01394 | 21-cv-01394, 1 at 3 | | Sibling | $ 4,250,000.00 | |
| 21 | Steven | | Lakeman | | US | Georgetta | | Lakeman | US | 11/17/16 | NY | 21-cv-01394 | 21-cv-01394, 1 at 3 | | Spouse | $ 12,500,000.00 | |
| 22 | Melissa | | Lawson | | US | Roger | C. | Steinert | US | 6/2/17 | NY | 21-cv-01394 | 21-cv-01394, 1 at 3 | | Child | $ 8,500,000.00 | |
| 23 | Bonnie | | Malloy | | US | Brian | C. | Malloy | US | 3/28/11 | NY | 21-cv-01394 | 21-cv-01394, 1 at 3 | | Spouse | $ 12,500,000.00 | |
| 24 | Lauren | | McCann | | US | James | | Heffernan | US | 12/1/13 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | Formerly Lauren Heffernan. |
| 25 | Stephen | | McCarey | | US | Eugene | | McCarey | US | 11/13/14 | NY | 21-cv-01394 | 21-cv-01394, 1 at 3 | | Child | $ 8,500,000.00 | |
| 26 | Jennifer | | McNamara | | US | John | F. | McNamara | US | 8/9/09 | NY | 21-cv-01394 | 21-cv-01394, 1 at 3 | | Spouse | $ 12,500,000.00 | |
| 27 | Anna | | Meisel | | US | Elisabeth | | Temin | US | 2/14/11 | NY | 21-cv-01394 | 21-cv-01394, 1 at 4 | | Child | $ 8,500,000.00 | |
| 28 | Amber | Rae | Mercado | | US | David | | Mahmoud | US | 11/11/10 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 29 | Ashley | | Mercado | | US | David | | Mahmoud | US | 11/11/10 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 30 | Bessie | | Mercado | | US | David | | Mahmoud | US | 11/11/10 | NY | 21-cv-01394 | 21-cv-01394, 1 at 4 | | Spouse | $ 12,500,000.00 | |
| 31 | Cynthia | | Mercado | | US | David | | Mahmoud | US | 11/11/10 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 32 | Carol | | Motyka | | US | Kevin | | Czartoryski | US | 12/5/10 | NY | 21-cv-01394 | | 7154 at 4 | Sibling | $ 4,250,000.00 | |
| 33 | Erin | Ann | Pugliese | | US | Lawrence | J. | Sullivan | US | 8/20/12 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 34 | Lisa | | Quick | | US | William | | Quick | US | 1/18/11 | NY | 21-cv-01394 | 21-cv-01394, 1 at 4 | | Spouse | $ 12,500,000.00 | |
| 35 | Ryan | M. | Quick | | US | William | | Quick | US | 1/18/11 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 36 | William | H. | Quick | | US | William | | Quick | US | 1/18/11 | NY | 21-cv-01394 | | 7154 at 4 | Child | $ 8,500,000.00 | |
| 37 | Danielle | | Ragucci | | US | Raymond | | Ragucci | US | 9/4/11 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ 8,500,000.00 | |
| 38 | Jeana | | Ragucci | | US | Raymond | | Ragucci | US | 9/4/11 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ 8,500,000.00 | |
| 39 | Raymond | | Ragucci | Jr. | US | Raymond | | Ragucci | US | 9/4/11 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ 8,500,000.00 | |
| 40 | Rosalie | | Ragucci | | US | Raymond | | Ragucci | US | 9/4/11 | NY | 21-cv-01394 | 21-cv-01394, 1 at 4 | | Spouse | $ 12,500,000.00 | |
| 41 | Michael | H. | Reisman | | US | Steven | B. | Reisman | US | 6/1/14 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ 8,500,000.00 | |
| 42 | Natalie | R. | Reisman | | US | Steven | B. | Reisman | US | 6/1/14 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ 8,500,000.00 | |

Solatium - US Nationals - ATA

| # | First | M | Last | Nat | First | M | Last | Nat | Date | St | Case | Case 2 | Ex | Relationship | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Alexa | A. | Roth | US | Robert | M. | Roth | US | 3/16/08 | VA | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 44 | Camryn | B. | Roth | US | Robert | M. | Roth | US | 3/16/08 | VA | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 45 | Haley | R. | Roth | US | Robert | M. | Roth | US | 3/16/08 | VA | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 46 | Jonathan | Alexander | Roth | US | Robert | M. | Roth | US | 3/16/08 | VA | 21-cv-01394 | | 7154 at 5 | Sibling | $ | 4,250,000.00 |
| 47 | Jonathan | R. | Roth | US | Robert | M. | Roth | US | 3/16/08 | VA | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 48 | Joseph | Robert | Roth | US | Robert | M. | Roth | US | 3/16/08 | VA | 21-cv-01394 | | 7154 at 5 | Sibling | $ | 4,250,000.00 |
| 49 | Kyle | J. | Roth | US | Robert | M. | Roth | US | 3/16/08 | VA | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 50 | Robert | Joseph | Roth | US | Robert | M. | Roth | US | 3/16/08 | VA | 21-cv-01394 | | 7154 at 5 | Parent | $ | 8,500,000.00 |
| 51 | Tresa | | Roth | US | Robert | M. | Roth | US | 3/16/08 | VA | 21-cv-01394 | | | Spouse | $ | 12,500,000.00 |
| 52 | Laura | | Runco | US | Robert | | Runco | US | 12/20/14 | NY | 21-cv-01394 | 21-cv-01394, 1 at 4 | | Spouse | $ | 12,500,000.00 |
| 53 | Evan | K. | Steinert | US | Roger | C. | Steinert | US | 6/2/17 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 54 | Leslie | A. | Steinert | US | Roger | C. | Steinert | US | 6/2/17 | NY | 21-cv-01394 | | 7154 at 5 | Spouse | $ | 12,500,000.00 |
| 55 | Kristina | | Stines | US | James | | Stines | US | 3/17/14 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 56 | Patricia | | Stines | US | James | | Stines | US | 3/17/14 | NY | 21-cv-01394 | 21-cv-01394, 1 at 5 | | Spouse | $ | 12,500,000.00 |
| 57 | James | Patrick | Sullivan | US | Lawrence | J. | Sullivan | US | 8/20/12 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 58 | Kathleen | Mary | Sullivan | US | Lawrence | J. | Sullivan | US | 8/20/12 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 59 | Lawrence | John | Sullivan | US | Lawrence | J. | Sullivan | US | 8/20/12 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 60 | Robert | William | Sullivan | US | Lawrence | J. | Sullivan | US | 8/20/12 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 61 | Virginia | | Sullivan | US | Lawrence | J. | Sullivan | US | 8/20/12 | NY | 21-cv-01394 | 21-cv-01394, 1 at 5 | | Spouse | $ | 12,500,000.00 |
| 62 | Claire | | Temin-Bird | US | Elisabeth | | Temin | US | 2/14/11 | NY | 21-cv-01394 | | 7154 at 5 | Child | $ | 8,500,000.00 |
| 63 | Nakia | | Torres | US | Walter | | Torres | US | 12/18/12 | NY | 21-cv-01394 | 21-cv-01394, 1 at 5 | | Child | $ | 8,500,000.00 |
| 64 | Denise | | Trapani | US | Franco | | Trapani | US | 12/4/10 | NY | 21-cv-01394 | 21-cv-01394, 1 at 5 | | Spouse | $ | 12,500,000.00 |
| 65 | Michael | | Trapani | US | Franco | | Trapani | US | 12/4/10 | NY | 21-cv-01394 | | 7154 at 6 | Child | $ | 8,500,000.00 |
| 66 | Nicole | | Trapani | US | Franco | | Trapani | US | 12/4/10 | NY | 21-cv-01394 | | 7154 at 6 | Child | $ | 8,500,000.00 |
| 67 | Katherine | | Ventriglia | US | Robert | J. | Ventriglia | US | 11/2/10 | NY | 21-cv-01394 | 21-cv-01394, 1 at 5 | | Spouse | $ | 12,500,000.00 |