# EXHIBIT H

# Estate of James DeNunzio

# VCF Documentation

 

March 23, 2017

MARYROSE DENUZIO
███████████████
███████████████

Dear MARYROSE DENUZIO:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. Your claim number is VCF0021485. Your Eligibility Form was determined to be substantially complete on March 22, 2017. As stated in the regulations and on the claim form, by filing a substantially complete Eligibility Form you have waived your right to file or be a party to a September 11th-related lawsuit.

### The Decision on your Claim

The VCF has determined that you meet the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, you have been found eligible for the following injuries:

- MALIGNANT NEOPLASM OF THE PANCREAS WITH METASTASIS

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

### What Happens Next

**If you have been certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe you have eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating your award, you should amend your claim. If you choose to amend your claim, you will need to use the VCF Private Physician process. The Private Physician process is a way for the VCF to gather the required information about your treatment in order to process your claim. All forms are available on the www.vcf.gov



September 11th
Victim Compensation Fund

website under "Forms and Resources."  The website also includes detailed information and instructions on the Private Physician process.

**If you do not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials.  If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG

P.O. Box 34500, Washington, D.C. 20043
VCF0021485EL0323171B



February 1, 2018

MARYROSE DENUNZIO



Dear MARYROSE DENUNZIO:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for compensation.  Your claim number is VCF0021485.  Your Compensation Form was determined to be substantially complete on November 08, 2017.  This means your claim was deemed "filed" for purposes of section 405(b)(3) of the Statute on that date.

Based on the information you submitted, the VCF has calculated the amount of your eligible loss as $            .  This determination is in accordance with the requirements of the Reauthorized Zadroga Act.  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions included in this determination.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**What Happens Next**

The VCF will deem this award to be final and will begin processing the payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**:  You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the award does not adequately address your claim.  **If you choose to appeal, your payment will not be processed until your appeal has been decided**.

To request a hearing, you must complete and return the enclosed Compensation Appeal Request Form **and** Pre-Hearing Questionnaire no later than **30 calendar days** from the date of this letter.  The VCF will notify you in writing of your scheduled hearing date and time and will provide additional instructions to prepare for your hearing.  If both forms are

P.O. Box 34500, Washington, D.C. 20043
VCF0021485AL0201181B



not submitted with complete information within 30 days, you have waived your right to appeal and we will begin processing your payment.

- **Amending your Claim**: You may amend your claim in the future if your circumstances change and you have new information to provide to the VCF.  For example, you may amend if the WTC Health Program certifies additional physical conditions for treatment, if you have information in support of your claim that was not submitted to the VCF when your award was determined and that you believe would affect the amount of your award, or if you have incurred additional economic loss due to an eligible condition.  The VCF will review the new information and determine if it provides the basis for a revised decision.  Please see the VCF website for additional details on how to amend your claim and the specific circumstances that may be appropriate to request an amendment.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award.  If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment.  If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award.  If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the Reauthorized Zadroga Act.  As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

    Sincerely,

    Rupa Bhattacharyya
    Special Master
    September 11th Victim Compensation Fund


cc: WENDELL TONG



September 11th
Victim Compensation Fund

# Award Detail

Claim Number: VCF0021485
Decedent Name: JAMES DENUNZIO

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $ ▓ |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $ ▓ |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | ($ ▓) |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | ($ ▓) |
| **Total Lost Earnings and Benefits Awarded** | $ ▓ |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| **Total Economic Loss** | $ ▓ |
| **Total Non-Economic Loss** | $ ▓ |
| **Subtotal Award for Personal Injury Claim** | $ ▓ |

P.O. Box 34500, Washington, D.C. 20043
VCF0021485AL0201181B



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| | |
| **Loss of Earnings including Benefits and Pension** | $[redacted] |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | ($[redacted]) |
| SSA Survivor Benefits | $0.00 |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | ($[redacted]) |
| | |
| **Total Lost Earnings and Benefits Awarded** | $[redacted] |
| | |
| **Other Economic Losses** | |
| Replacement Services | $[redacted] |
| Burial Costs | $[redacted] |
| **Total Other Economic Losses** | $[redacted] |
| | |
| **Total Economic Loss** | $[redacted] |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $[redacted] |
| Non-Economic Loss - Dependent(s) | $[redacted] |
| **Total Non-Economic Loss** | $350,000.00 |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($[redacted]) |
| Life Insurance | $0.00 |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ($[redacted]) |
| | |
| **Subtotal Award for Deceased Claim** | $[redacted] |

September 11th
Victim Compensation Fund

| | |
|---|---:|
| **Subtotal of Personal Injury and Deceased Claims** | $ ▇▇▇ |
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| Previously Paid Personal Injury Award | $0.00 |
| **TOTAL AWARD** | $ ▇▇▇ |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | $ ▇▇▇ |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | 100.00% |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | 05/15/2012 |

| **Eligible Conditions Considered in Award** |
|---|
| Malignant Neoplasm of The Pancreas With Metastasis |

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

DOH-1961 (8/2011)
RECORDED DISTRICT: 2950
REGISTER NUMBER: 413

**1. NAME:** FIRST: James  MIDDLE: A.  LAST: DeNunzio
**2. SEX:** Male
**3A. DATE OF DEATH:** 03/02/2013
**3B. HOUR:** 1:46 p.m.

**4A. PLACE OF DEATH:** Hospice Facility
**4B. IF FACILITY, DATE ADMITTED:** 02/23/2013
**4C. NAME OF FACILITY:** Hospice Care Network
**4D. LOCALITY:** Town — North Hempstead
**4E. COUNTY OF DEATH:** Nassau
**4F. MEDICAL RECORD NO.:** 40561972
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** Yes — North Shore University Hospital, Manhasset, Nassau County, NY

**5. DATE OF BIRTH:** [redacted]
**6A. AGE IN YEARS:** 64 yrs.
**7A. CITY AND STATE OF BIRTH:** Queens, NY

**8. SERVED IN U.S. ARMED FORCES?** No
**9. DECEDENT OF HISPANIC ORIGIN?** A — No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** A — White/Caucasian
**11. DECEDENT'S EDUCATION:** 4 — Some college credit, but no degree
**12. SOCIAL SECURITY NUMBER:** [redacted]
**13. MARITAL STATUS:** Married
**14. SURVIVING SPOUSE:** Maryrose Marino

**15A. USUAL OCCUPATION:** Deputy Chief
**15B. KIND OF BUSINESS OR INDUSTRY:** Sanitation
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** NYC Department of Sanitation, New York

**16A. RESIDENCE:** [redacted]
**16C. LOCALITY:** Village
**16D. STREET AND NUMBER OF RESIDENCE:** [redacted]
**16E. ZIP CODE:** [redacted]

**17. BIRTH NAME OF FATHER/PARENT:** Peter Vincent DeNunzio
**18. BIRTH NAME OF MOTHER/PARENT:** Concetta Yolanda Pecchio

**19A. NAME OF INFORMANT:** Maryrose DeNunzio

**20A.** 1 — Burial
**20. MONTH/DAY/YEAR:** 03/07/2013
**20B. PLACE OF BURIAL:** St. Charles Cemetery
**20C. LOCATION:** Farmingdale, NY

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Chapey & Sons, 20 Hicksville Road, Bethpage, NY 11714
**21B. REGISTRATION NUMBER:** 00623
**22A. NAME OF FUNERAL DIRECTOR:** Andrew J. Maciejewski
**22C. REGISTRATION NUMBER:** 12171

**23B. DATE FILED:** 03/04/2013
**24B. DATE ISSUED:** 03/04/2013

---

### ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN — OR — CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Alex Rimar
**License No.:** 259474
**Date:** 3/3/2013
**Certifier's Title:** Physician acting on behalf of Attending Physician
**Address:** 300 Community Dr., Manhasset, NY 11030

**25C. Attending Physician's name and title:** Michael Frankenthaler MD
**License No.:** 204906
**Address:** 300 Community Drive, Manhasset, NY 11030

**26A. Attending physician attended deceased:** FROM 02/23/2013 TO 03/02/2013
**26B. Deceased last seen alive by attending physician:** 03/02/2013
**26C. Pronounced Dead on:** 03/02/2013 at 1:46 PM

**27. MANNER OF DEATH:** Natural Cause
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** No
**29A. AUTOPSY?** No
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** —

---

**30. DEATH WAS CAUSED BY:**
**PART I. IMMEDIATE CAUSE (A):** Metastatic Pancreatic cancer — months
**(B):**
**(C):**

**PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):**

**DID TOBACCO USE CONTRIBUTE TO DEATH?** Unknown

**31A. IF INJURY, DATE:** —
**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?** Yes

# Family Member Affidavits

# Maryrose DeNunzio

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

TERRORIST ATTACKS ON                                   03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------- X   **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                  **MARYROSE DENUNZIO**

                                    Plaintiffs,       21-CV-01394 (GBD)(SN)

            V.

ISLAMIC REPUBLIC OF IRAN,

                        Defendant.
-------------------------------------------------------------X

STATE OF NEW YORK     )
                      : SS
COUNTY OF NASSAU      )

Maryrose DeNunzio, being duly sworn, deposes and says:

1.  I am a plaintiff in the within action, am over 18 years of age, and reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

2.  I am currently 68 years old, having been born on ▮▮▮▮▮▮▮▮▮▮.

3.  I am the wife of Decedent, James DeNunzio, upon whose death my claims are based. I submit this Affidavit in support of the present motion for a default money judgment for the claim made on behalf of my husband's estate and for my solatium claim. On May 2, 2014, I was issued Letters Testamentary as Executor of my husband's estate by the Nassau County Surrogate's Court.

4.  My husband passed away from Metastatic Pancreatic Cancer on March 2, 2013, at the age of 64. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5. On May 3, 1974, I was an 18-year-old student nurse working in Mary Immaculate Hospital in Jamaica. Jimmy was a 25-year-old New York City Sanitation worker. He developed a minor infection that required hospital admission to the same unit where I worked. It must have been fate because I still remember how it felt when he came up to me flirting wearing a pair of blue pajamas. The memories of meeting Jimmy that day could only be described as magical, and it was the beginning of a fairy tale romance. He was a special one-of-a-kind person who always made me happy and loved me unconditionally. It was a happy time in our lives. Jimmy and I got married two years later and raised two children on Long Island. We had a strong, solid marriage filled with hard work and plenty of fun. We had plenty of vacations to Lake George, Disney World, Europe, and others. Our home was filled with happiness, laughter, and lots of joy with all our Italian customs and family members. We had a beautiful thirty-six years of marriage together and his legacy will continue in his children. He continues to be my one true love of my life and have been blessed to have been his love and partner.

6. My husband Jimmy was a Deputy Chief for the New York City Department of Sanitation during the September 11th exposure. He was assigned to work in the Department headquarters which was located on Worth Street in Lower Manhattan. He drove to work and parked his car in the exposure zone everyday until he retired on December 16, 2003. What I recall about that time is how difficult it was for Jimmy to work in that horror. He would come home often with the smell of the air and toxins on him and described how everything was covered with a dirty thick ash material. He had to walk from his parked car to his building everyday breathing in that air and never realized the consequences it had on his health.

7. The onset of Jimmy's illness began on May 2, 2012, one day after our thirty-sixth wedding anniversary. After severe abdominal pain. The CT scan revealed a Pancreatic mass and two liver masses. We knew from that moment it was devastating news, but our heartache continued having to tell our children and family. After multiple doctor appointments, tests and procedures and the long weeks of anxiety waiting for results. Jimmy was told he had stage IV Metastatic Pancreatic Cancer. He was in for the fight of his life and chemotherapy was his only option to live longer. He was determined, and endured months of strong chemotherapy and every possible side effect, but still continued to get sicker and weaker. He had no quality of life at all and soon developed a complication and had to stop all treatment. He lived the last two months of his life in the hospital still fighting and hoping for a miracle and passed away March 2, 2013, ten months to the day.

8. Jimmy's illness and death had a profound effect on my life and the lives of our children. His cancer diagnosis came as a complete shock, but afterwards I was determined to be strong for him and became his primary caregiver. I took a family leave of absence from my pediatric emergency room job and accompanied him to every doctor's appointment, treatment, and even roomed in with him for his last two months in the hospital. I was so strong for so long that when he passed away, I went into severe depression and needed mental health intervention to handle my grief. This lasted for quite some time. I was never able to handle returning to the stress of the ER. After more than one year I tried a different nursing job, but soon resigned from nursing all together. It was just too difficult and too hard to work with sick children. Jimmy was my best friend, lover, husband, father of my children, and the most courageous person to ever face that

horrible death. I continue to miss him with each passing day and even after all this time I still feel we were robbed. I still wonder how it would have been to grow old together.

                                                              MARYROSE DENUNZO

Sworn before me this

__11__ day of __August__, 2023

_____
Notary public

ANGELA STORCHEVOY
Notary Public, State of New York
Reg. No. 01ST6092962
Qualified in Suffolk County
Commission Expires May 27, 2027