# EXHIBIT K

# Estate of James Heffernan

# VCF Documentation



September 11th
Victim Compensation Fund

July 12, 2017

SANDY HEFFERNAN
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY 10271

Dear SANDY HEFFERNAN:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. You submitted an Eligibility Form on behalf of JAMES HEFFERNAN, III. Your claim number is VCF0079467. Your Eligibility Form was determined to be substantially complete on July 11, 2017. As stated in the Regulations and on the claim form, by filing a substantially complete Eligibility Form, you have waived your right to file or be a party to a September 11th-related lawsuit on behalf of the decedent and his or her survivors.

**The Decision on your Claim**

The VCF has determined that the decedent has met the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- MALIGNANT NEOPLASM - MELANOMA WITH METASTASIS

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

**What Happens Next**

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any



September 11th
Victim Compensation Fund

compensation, you should amend your claim.  If you choose to amend your claim, you will need to use the VCF Private Physician process.  The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim.  All forms are available on the VCF website under "Forms and Resources."  The website also includes detailed information and instructions on the Private Physician process.

**If the decedent did not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials.  If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information.  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: SANDY HEFFERNAN



September 11th
Victim Compensation Fund

August 3, 2018

SANDY HEFFERNAN
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

Dear SANDY HEFFERNAN:

The September 11th Victim Compensation Fund ("VCF") sent you a letter on May 23, 2018 notifying you of the decision on your claim and the amount of your award.  Your claim number is VCF0079467.  That letter included a request for documents that were missing from your claim and are required in order to process your payment.  The VCF has since received the requested documents and this letter provides the details of your award and information on the next steps to be taken on your claim.

Based on the information you submitted, the VCF has calculated the amount of your eligible loss as $███████████.  This determination is in accordance with the requirements of the Reauthorized Zadroga Act.  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions included in this determination.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**What Happens Next**

The VCF will deem this award to be final and will begin processing the payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**:  You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the award does not adequately address your claim.  **If you choose to appeal, your payment will not be processed until your appeal has been decided**.



September 11th
Victim Compensation Fund

To request a hearing, you must complete and return the enclosed Compensation Appeal Request Form **and** Pre-Hearing Questionnaire no later than **30 calendar days** from the date of this letter.  The VCF will notify you in writing of your scheduled hearing date and time and will provide additional instructions to prepare for your hearing.  If both forms are not submitted with complete information within 30 days, you have waived your right to appeal and we will begin processing your payment.

- **Amending your Claim**: You may amend your claim in the future if your circumstances change and you have new information to provide to the VCF.  For example, you may amend if the WTC Health Program certifies additional physical conditions for treatment, if you have information in support of your claim that was not submitted to the VCF when your award was determined and that you believe would affect the amount of your award, or if you have incurred additional economic loss due to an eligible condition.  The VCF will review the new information and determine if it provides the basis for a revised decision.  Please see the VCF website for additional details on how to amend your claim and the specific circumstances that may be appropriate to request an amendment.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award.  If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment.  If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award.  If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the Reauthorized Zadroga Act.  As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: SANDY HEFFERNAN



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:     VCF0079467
Decedent Name:    JAMES HEFFERNAN, III

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $▮ |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $▮ |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | ($▮) |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | ($▮) |
| | |
| **Total Lost Earnings and Benefits Awarded** | $▮ |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $▮ |
| | |
| **Total Non-Economic Loss** | $▮ |
| | |
| **Subtotal Award for Personal Injury Claim** | $▮ |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | $ |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | $0.00 |
| SSA Survivor Benefits | $0.00 |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $ |
| | |
| **Other Economic Losses** | |
| Replacement Services | $ |
| Burial Costs | $ |
| **Total Other Economic Losses** | $ |
| | |
| **Total Economic Loss** | $ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $ |
| Non-Economic Loss - Dependent(s) | $ |
| **Total Non-Economic Loss** | $ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($        ) |
| Life Insurance | $0.00 |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ($      ) |
| | |
| **Subtotal Award for Deceased Claim** | $ |



September 11th
Victim Compensation Fund

| Subtotal of Personal Injury and Deceased Claims | $ █████ |
|---|---|
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| Previously Paid Personal Injury Award | $0.00 |
| **TOTAL AWARD** | $ █████ |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | $ █████ |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | 100.00% |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | 01/01/2013 |

| Eligible Conditions Considered in Award |
|---|
| Malignant Neoplasm - Melanoma With Metastasis |

# Family Member Affidavits

Ian Heffernan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                                   03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------------- X      **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                                     **IAN HEFFERNAN**


                                        Plaintiffs,        21-CV-01394 (GBD)(SN)

                        V.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
------------------------------------------------------------------X

STATE OF PENNSYLVANIA      )
                            : SS
COUNTY OF

MONTGOMERY                 )


        Ian Heffernan, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

        2.      I am currently 32 years old, having been born on ▬▬▬▬▬▬▬▬▬▬.

        3.      I am the son of Decedent, James Heffernan upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My father passed away from metastatic melanoma on December 1, 2013, at the
age of 53. It was medically determined that this illness was causally connected to his exposure to
the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.    He was my father and he passed when I was 22, While it's been nearly 10 years I still think of him every day. Besides the countless football games, teaching me to ski and all of the memories from childhood, my father was our protector. Our other parent Michelle was (is probably) an abusive drunk since I can remember, and if it wasn't for my father doing everything in his power to save us from her while also trying to not deprive us our other parent the traumas of childhood would be much worse. He was my rock and as an adult man in his 30's I often struggle with the day-to-day cry and think how much I miss my dad.

6.    My father owned his own company on NYSE, was waiting in front of the 1st tower when the plane hit. He was there all day that day and continued to work at NYSE for years after.

7.    Starting as a skin lesion two years later he had several brain tumors. He deteriorated from 100% healthy 52-year-old man to brain dead vegetable to dead in six months. Not a penny to his name.

8.    Seeing him deteriorate like that is burned into my brain and losing your only parent in your early 20's is life changingly awful.

_Ian Heffernan_

IAN HEFFERNAN

State of Nevada, County of Clark

Sworn before me this

24th   day of October , 2023 by Ian Heffernan

Notary public Katherine J. Cortez



KATHERINE J. CORTEZ
NOTARY PUBLIC
STATE OF NEVADA
Appt. 21-3048-01
Expires August 7, 2025
Online Notary Center

Notarial Act performed by Audio-Video Communication.

James Heffernan IV

UNITED   STATES   DISTRICT   COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re:

TERRORIST   ATTACKS   ON                03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------------- X   **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                          **JAMES HEFFERNAN IV**


                                   Plaintiffs,        21-CV-01394 (GBD)(SN)

              V.

ISLAMIC REPUBLIC OF IRAN,

                        Defendant.
-----------------------------------------------------------------X
STATE OF HAWAII          )
                         : SS
COUNTY OF HONOLULU   )


        James Heffernan IV, being duly sworn, deposes and says:

1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

███████████████████████████████████████.

2.      I am currently 33 years old, having been born on ███████████.

3.      I am the son of Decedent, James Heffernan upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

4.      My father passed away from metastatic melanoma on December 1, 2013, at the
age of 53. It was medically determined that this illness was causally connected to his exposure to
the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      My dad was always there whenever we needed help, no matter what the circumstance. We did not make it an easy task, but he still pulled through for us. When I was young, he coached my baseball and football teams, despite his long hours and commuting to the city for work as a broker on Wall Street. As I got older and more difficult, he supported me trying to find my place in the world through whatever means he could. I eventually settled at enlisting in the United States Marine Corps and was fortunate enough to have him there at MCRD Parris Island for my graduation, where he decided that getting the "high and tight" haircut would be a good means to embarrass me. Without his guidance and patience as a parent, I wouldn't have made it anywhere, let alone volunteering to serve. It was upon returning from Parris Island that he told me that he was sick. Within five months he was bedridden and taking his last breaths.

6.      I was in 6th grade at Roosevelt Intermediate School in Westfield, NJ when September 11th happened. The school put the entirety of the class body in the auditorium but decided to withhold telling anyone of what happened due to the high number of parents who worked in the city. I remember my mom and dad picking us up from school, which was strange as we didn't expect him until after 5:00 pm. I never saw my dad cry up until that day. From certain places in our town, we could see the smoke from the towers. It wasn't until later, and from secondhand sources, that I was told that a steel girder from one of the towers had fallen about 20 feet from him. I was only 11, but I believe that my dad worked for himself on the stock exchange and continued to work in the city up until a year or two before his death.

7.      My dad found out about his illness shortly before I graduated from boot camp. Unfortunately, I was only allotted ten days of leave between boot camp and follow on training at Camp Lejeune, NC for one month and then Monterey, CA until March 2015. I was lucky enough

to have an excellent company commander while stationed in Monterey, who empathized with the fact that my father was terminally ill. Captain Bowers sent me home to spend 30 days of uncharged leave with my dad before he passed. My dad had always had quick reflexes and a quicker wit. I remember going with him to pick up some secondhand cabinets to put in my stepmom's house, and him being so much weaker and struggling to load them onto a trailer. He didn't see me crying when I saw how hard it was for him, but that was the moment I knew he wouldn't get better. I tried to deny that knowledge for the next few months, despite the labored breathing and confusion I'd heard on our frequent phone calls.

8.    Trying to capture the complexities and intricacies of my dad's life and death, and their effects on me is no easy task. When he passed, I first turned to alcohol to cope with the loss, as so many do. Fortunately, I was able to recover from that, and finish off my time in service without incident. It would have been great to have told him stories of the places I've gone and things that I've seen and done. Even better, would have been to have him around to turn to for advice as I became a man myself. I have a family of my own now and am expecting to have to explain soon why my kids only have one grandpa. I know that he would have been thrilled to be a grandpa and would have spoiled my kids rotten. I often wonder if he were still here if my protesting to his treatment of my kids would fall on deaf ears. I'm sure that he would just laugh and say he'd already been through it.

JAMES HEFFERNAN IV

Sworn before me this
_____ day of JULY , 2023

Notary public

Date: 07 / 11 / 23
Notary Name: D. AKINA
Comm Exp Date: 06 / 01 / 26
Notary Signature:

NOTARY CERTIFICATION (Stamp or Seal)




Sandra Heffernan



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                              03-MDL-1570  (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------- X    **AFFIDAVIT OF**
EVELYN BETSO, et al.,                                            **SANDRA HEFFERNAN**

                              Plaintiffs,          21-CV-01394  (GBD)(SN)

              V.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-----------------------------------------------------------------X

STATE OF NEW JERSEY    )
                       : SS
COUNTY OF UNION        )

Sandra Heffernan, being duly sworn, deposes and says:

1.    I am a plaintiff in the within action, am over 18 years of age, and reside at

2.    I am currently 65 years old, having been born on

3.    I am the spouse of Decedent, James Heffernan upon whose death my claims
are based. I submit this Affidavit in support of the present motion for a default money
judgment for the claim made on behalf of my husband's estate and for my solatium
claim. On February 6, 2015, I was issued Letters of Administration as Administrator of
my husband's estate by the Union County Surrogate's Court.

4.    My husband passed away from metastatic melanoma on December 1, 2013, at the
age of 53. It was medically determined that this illness was causally connected to his exposure to
the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.     Jim was a successful stockbroker on Wall Street, who loved numbers. Every work day was a challenge. He also could do electrical work, plumbing and carpentry. He could fix anything. I had the good fortune to be a recipient of his talent. Jim absolutely loved the Water and I absolutely loved being with him on the water. We would vacation on the shore, take a cruise, but fishing was his favorite thing to do. I loved watching him fish. Even today I smile when I think about how much he enjoyed fishing. He was my "fisherman". A month before he passed, we went fishing. By then he could barely walk and talk. He couldn't really fish, but he was where he wanted to be. Before Jim got sick, we would often speak about retiring and moving to St. Thomas. We would open a bar right on the beach. He needed to be by the water, and I needed to be by his side. We were a team. We were always tweaking our plans. I often think about St. Thomas and feel lonely.

6.     Jim worked at the New York Stock Exchange for himself at J.H. Heffernan Securities. On September 11, 2001, Jim was walking to the stock exchange from the path train and an object fell in front of him on the ground. As he looked closer, it was clear that it was a piece of an airplane seat and he saw hair attached to it. Unaware of what had just happened, he continued to the stock exchange. At work he was told the news of the attack of the WTC. It took Jim six hours to get home that day, no trains, only ferries and total mayhem. The stock exchange closed for two weeks after the attack. The governor of New York came out and said the air is safe to breathe and everyone can return to work. For me that was the beginning of the end. By October 2001, business as usual for the stock market. Jim would continue to go to work downtown for ten years.

7.     Jim's illness started with seizures. He denied having seizures prior to having one in

front of his brother. Medical test revealed metastasized cancer. Jim finally agreed to radiation treatment. He told me that the radiation therapist told him he is wasting his time with radiation, and that he is going to die. Imagine hearing that? The radiation treatments left him with swollen legs and ankles, it looked as though his legs and feet would explode. He lost his hair and became constipated and vomiting. Jim would spend most of the day in bed. I could feel his quality of life slipping away. Was the radiation therapist, right?

8. It was awful to watch Jim's health decline. We both knew what was happening, but rarely spoke of the inevitable. I wouldn't say cancer or death, believing it was bad luck. I keep thinking okay this is our new normal. Then Jim started losing his ability to speak, and that was the hardest part. Because Jim was a wonderful word smith, he had a strong command of the English language, that impressed me every day. Now silence, I could tell by his weak smile he was here with me. I was afraid to leave his side without the ability to speak, how could I leave him? By now, I felt very alone in the quietness. The loss of Jim is heavy and lonely, and I drag that feeling with me everyday all day.

SANDRA HEFFERNAN

Sworn before me this

2 day of August, 2023

Notary public

Michael A McLane #2395265
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES    April 16, 2025

Lauren McCann

A0017130270

**NEW JERSEY DEPARTMENT OF HEALTH**
**CERTIFICATE OF MARRIAGE**

FOR STATE USE ONLY

54

See reverse side for instruction.

**1. FULL NAME OF SPOUSE A** (Last name given at birth or on birth certificate/Maiden name)
LAUREN MICHELLE HEFFERNAN

**2. FULL NAME OF SPOUSE B** (Last name given at birth or on birth certificate/Maiden name)
PATRICK MICHAEL MCCANN

**3. PLACE OF MARRIAGE (MUNICIPALITY AND COUNTY)**
Point Pleasant Borough — Ocean

**4. DATE OF MARRIAGE**
06-03-2022

**5a. PRINTED NAME OF PERSON PERFORMING CEREMONY**
Mary N. McCann

**5b. SIGNATURE OF PERSON PERFORMING CEREMONY**
X M. N. McC.

**5c. TITLE** Minister

**ADDRESS** 311 Sundance Dr.

**CITY** Chester Springs **STATE** PA **ZIP CODE** 19425

**6a. PRINTED NAME OF WITNESS**
Kristo Kyun

**6b. SIGNATURE OF WITNESS**
X

**6c. ADDRESS** **CITY** **STATE** **ZIP CODE**

**7a. PRINTED NAME OF WITNESS**
John J McCann III

**7b. SIGNATURE OF WITNESS**
X

**7c. ADDRESS** **CITY** **STATE** **ZIP CODE**

**8a. SIGNATURE OF LOCAL REGISTRAR**
X Antoinette Jones

**8b. DATE RECEIVED**
06-09-2022

---

**MARRIAGE LICENSE**

License No. 2022-026

| **9a. DATE OF APPLICATION** 05-04-2022 | **9b. TIME OF APPLICATION** 2:00PM [ ] AM [X] PM | **9c. PLACE OF APPLICATION – Municipality** POINT PLEASANT BOROUGH |
|---|---|---|
| **10a. DATE LICENSE ISSUED** 06-02-2022 | **10b. TIME LICENSE ISSUED** 2:00PM [ ] AM [X] PM | **11. EXPIRATION DATE** 07-02-2022 — County OCEAN |

**12a. PRINTED NAME OF LOCAL REGISTRAR** Antoinette Jones

**12b. SIGNATURE OF LOCAL REGISTRAR** X Antoinette Jones

**13a. FULL NAME OF APPLICANT A** LAUREN MICHELLE HEFFERNAN

**22a. FULL NAME OF APPLICANT B** PATRICK MICHAEL MCCANN

| **13b. RESIDENCE ADDRESS** | **13c. COUNTY** Montgomery | **22b. RESIDENCE ADDRESS** | **22c. COUNTY** Montgomery |
|---|---|---|---|

**13d. MUNICIPALITY OF RESIDENCE, STATE**

**22d. MUNICIPALITY OF RESIDENCE, STATE**

| **14a. DATE OF BIRTH** | **14b. AGE** 33 | **15. SEX** Female | **16. BIRTHPLACE** Livingston, NJ | **23a. DATE OF BIRTH** | **23b. AGE** 52 | **24. SEX** Male | **25. BIRTHPLACE** Philadelphia, PA |
|---|---|---|---|---|---|---|---|

**17. CURRENT DOMESTIC STATUS**
[X] Single  [ ] Divorced  Domestic Partner: [ ] Current or [ ] Former
[ ] Widowed  [ ] Annulled  Civil Union Partner: [ ] Current or [ ] Former  MARRIED

**26. CURRENT DOMESTIC STATUS**
[ ] Single  [X] Divorced  Domestic Partner: [ ] Current or [ ] Former
[ ] Widowed  [ ] Annulled  Civil Union Partner: [ ] Current or [ ] Former  MARRIED

**18a. NO. OF TIMES EVER MARRIED** 0

**18b. NAME OF MOST RECENT SPOUSE, IF ANY** (List name given at birth or on birth certificate/Maiden name)
- - -

**27a. NO. OF TIMES EVER MARRIED** 1

**27b. NAME OF MOST RECENT SPOUSE, IF ANY** (List name given at birth or on birth certificate/Maiden name)
Janet Marie D'Orazio

**19a. NO. OF TIMES EVER IN CIVIL UNION** 0

**19b. NAME OF MOST RECENT PARTNER, IF ANY** (List name given at birth or on birth certificate/Maiden name)
- - -

**28a. NO. OF TIMES EVER IN CIVIL UNION** 0

**28b. NAME OF MOST RECENT PARTNER, IF ANY** (List name given at birth or on birth certificate/Maiden name)
- - -

| **20a. PARENT'S FULL NAME AT BIRTH** James Howard Heffernan III | **20b. BIRTHPLACE** NJ | **29a. PARENT'S FULL NAME AT BIRTH** John Joseph McCann Jr. | **29b. BIRTHPLACE** PA |
|---|---|---|---|
| **21a. PARENT'S FULL NAME AT BIRTH** Michelle Ann Hausman | **21b. BIRTHPLACE** PA | **30a. PARENT'S FULL NAME AT BIRTH** Marlene P. McCloskey | **30b. BIRTHPLACE** PA |

---

**DATE ISSUED:**    **JUNE 9, 2022**
**ISSUED BY:**
**Point Pleasant Borough**
**Health Department**
**Cheryl Olsen, Registrar**

This is to certify that the above is correctly
copied from a record on file in my office.

Certified copy not valid unless the raised
Great Seal of the State of New Jersey
or the seal of the issuing municipality
or county, is affixed hereon.

REG-42A
JUN 14

Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD. VOID IF ALTERED

THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK. HOLD AT LIGHT TO VERIFY

Scanned with CamScanner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------- X

EVELYN BETSO, et al.,

**AFFIDAVIT OF**
**LAUREN MCCANN**

                                    Plaintiffs,       21-CV-01394 (GBD)(SN)

                V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.

-----------------------------------------------------------------X

STATE OF NEW JERSEY   )
                      : SS
COUNTY OF OCEAN       )

        Lauren McCann, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at



        2.      I am currently 34 years old, having been born on                         .

        3.      I am the daughter of Decedent, James Heffernan upon whose death my claim
is based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My father passed away from metastatic melanoma on December 1, 2013, at the
age of 53. It was medically determined that this illness was causally connected to his exposure to
the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

        5.      The Decedent, James H. Heffernan III, was my father, and in the years after I

5.      The Decedent, James H. Heffernan III, was my father, and in the years after I graduated college (2010), he also became my best friend. By day, Dad was a stock broker on the NYSE. I don't know all of the details of his career on the floor by heart, but I do know that he eventually worked his way up to owning his own trading business and he had his own booth on the floor for many years. He eventually sold the booth/business and started working for private traders, but when 9/11 happened, he still had his booth. As kids, when Dad wasn't busy working, he was coaching our little league sports (softball for me, baseball and football for my two younger brothers), building us a (pretty rocking!) tree house in our back yard, taking us on family vacations down the shore and playing with us. Dad was always extremely generous – if he had it, he'd give it to you, whether that be money, time, help, etc. He loved his family deeply and would do anything for us without hesitation. I remember the pig roasts we had at our house each summer, with Dad in his Hawaiian shirt and Jimmy Buffett hat, cooking, entertaining guests, MCing the pig races at the end of the night, and no they weren't real pigs. It was a dice game he made out of plywood, where he cut out and painted pigs as the game pawns, each named after a prior year roasted pig. I remember all of the vacations we took in LBI, where Dad would play with us on the beach and in the water, take us out on jet skis or parasailing, surfing lessons, crabbing with him in the bay. I remember the day he dropped me off at Penn State, and the tears in his eyes when it was finally time to leave me in my dorm; how much fun we'd have together when he came up for a football game; how proud he was of me when I finally graduated. I also have some memories of my childhood that weren't always as happy, but where Dad was the hero. While we can laugh about it now, it wasn't really funny at the time. I remember when I was about six years old, we went on vacation to Montserrat. The house we were staying at had a pool, and I decided to be Miss Jasmine, a swim instructor, and teach my three-year-old brother how to swim. I instructed Ian to jump in

the pool, which he did and then immediately sank down to the bottom. I remember Dad coming flying out of the house and driving directly into the pool, fully clothed, to rescue Ian from drowning. On a more disturbing note, I also remember the countless times he rescued me and my brothers from our mother and her drunken outbursts in the middle of the night (before he eventually won full custody of us three kids during their divorce proceedings). No matter what time I called, he answered, and showed up minutes later. That was Dad, though. His whole life, he was always there for me, Jimi and Ian (my younger brothers). No matter the task, no matter how difficult, he always showed up.

6.    On the day the September 11th attacks occurred, I was in 8th grade, and don't have many memories of the day. The memories I do have, though, are vivid. The middle school, Roosevelt Intermediate in Westfield, New Jersey, didn't alert the student body of the tragedy that was unfolding that day, largely because Westfield was a big commuter town and many parents of the students worked in New York City. I remember being in 8th period math class and overhearing another student saying that a plane flew into the twin towers that morning. In that moment, I thought nothing of it because there was no panic accompanied by that statement. It wasn't until I got home that I realized the severity of the situation, most of the Heffernans were in our living room, with the news on TV, thankful that Dad made it home alive. From what I remember of Dad's recount of that day, he was walking from the New Jersey ferry to Wall Street, crossing over the FDR, when the first plane hit, and he found cover beneath an overpass. I am not sure what time he made it home, but I have to imagine he was near Ground Zero for several hours as trying to get back out of the city was no easy task. Per my grandmother, when Dad got home, he "looked like a ghost" because of how much dust he was covered in. The NYSE was closed for a week, but when it reopened, Dad returned. The main room of the floor where Dad worked smelled of the burn for

approximately three months after. Dad continued working on the floor for several years after the attacks, until he sold his booth, somewhere between late 2007 and early 2009.

7.    A few years before Dad was ultimately diagnosed with metastatic skin cancer, I had been hounding him to go to the doctor to get a mole on his back checked out. When he finally did, the doctors told him he came just in time because the cancer was very close to his lymph nodes. Fast forward a few years later, about nine months to a year before his diagnosis, Dad just wasn't himself. It started with behavior that was out of character – slightly more irritable, less motivated, sleeping more – and progressively got worse. Eventually I called on my Aunt Meg and Uncle Mike, his oldest sister and middle brother who both lived close to us at the time, to help me convince him to go to the doctor. We got him to (begrudgingly) agree to take an ambulance from our house in Scotch Plains to Overlook hospital. After several hours in the ER, he was wheeled back from getting a CAT scan, or maybe it was an MRI. I was the only one in the room with him when he told me the scan found lesions in his brain. At that moment, everything froze, and I completely shut down. From that moment, Dad's decline was fairly quick, with him ultimately passing a short five – six months later. We moved out of the house in Scotch Plains almost immediately. Our stepmom reappeared in our life, and Dad went to live with her for a few months before my Aunt Meg and Uncle Scott took him to live with them at their home in Mountain Lakes. They were better equipped to take care of him, and their house was set up more favorable for someone whose motor skills were declining. Dad was unable to work, unable to do the things he enjoyed like fishing in Watchung Reservation or playing fetch with his Golden Retriever, Poppy. Because the prognosis was fatal, Dad didn't want to go through treatment and spend the last few months of his life in a further weakened state. I remember at one point a few months before his passing, sitting on the porch at my Aunt and Uncle's house, asking him if he was scared to die. He looked at me and told me he

wasn't, and he had made his peace with God.

8.    I don't know that I can fully put into words how much my heart still hurts nearly ten years after his passing. Dad was our champion and not having him to witness all of life's important moments that have occurred since his passing still feels surreal at times. I wish he could have been there when I purchased my first home as a single, 20-something women. I know he would have enjoyed spending time with me on the beach there, fishing in the bay, and exploring the town. I wish he could have been there to help me celebrate achievements in my professional career. I wish it was Dad my husband could have asked for my hand in marriage. I wish it was Dad who walked me down the aisle when I got married, instead of my brother carrying his ashes. I wish it was Dad dancing with me during the father/daughter dance at our wedding. I wish he could have been there for the birth of our daughter, who I named after a song he always sung to me at bedtime. He would have loved being a grandfather, but unfortunately, he never got the opportunity because his life was cut way too short. I often find myself wishing I could call him for advice or to share life updates, good or bad, and then that familiar ache in my heart returns when I realize I can't.

_Lauren McCann_
LAUREN MCCANN

Sworn before me this

_8_ day of _August_, 2023

_Edward Flynn_
~~Notary public~~
Edward Ryan, Esq.
Attorney, State of NJ
ID # 032412012