# EXHIBIT L

# Estate of Georgetta Lakeman

# VCF Documentation



February 14, 2019

STEVEN LAKEMAN

Dear STEVEN LAKEMAN:

The September 11th Victim Compensation Fund ("VCF") previously sent you an Eligibility determination letter on September 25, 2018 for the claim you submitted on behalf of GEORGETTA LAKEMAN.  Your claim number is VCF0109399.  The letter included a list of condition(s) deemed eligible for compensation.  You then amended your claim to add one or more new conditions.

The VCF has considered your amended claim and reviewed the new information you provided. This letter sets forth the revised eligibility determination and supersedes and replaces the previous letter.

### The Decision on your Claim

Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the injuries listed below.  *This list includes all injuries for which the decedent has been found eligible.*

- MALIGNANT PRIMARY NEOPLASM UNSPECIFIED
- MULTIPLE MYELOMA

Please note that there are several reasons why an injury that you think should be eligible is not listed above.  For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or loss calculation.

### What Happens Next

You submitted the Compensation portion of your claim form.  The VCF will contact you if additional information is needed in order to calculate your award.  **If you believe the new condition(s) changes your compensation claim**, you should amend your claim.  For example, if your new condition is the reason the decedent was not able to work, you should



provide that information to the VCF by amending your claim.  Please see the www.vcf.gov website for additional details on how to amend your claim.

**If the newly eligible condition(s) does not change your compensation claim**, you do not need to take any action at this time.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund


cc: WENDELL TONG

P.O. Box 34500, Washington, D.C. 20043
VCF0109399EL0214191B

 September 11th
Victim Compensation Fund

June 11, 2020

STEVEN LAKEMAN
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

Re: CLAIM NUMBER: VCF0109399

Dear STEVEN LAKEMAN:

The September 11th Victim Compensation Fund ("VCF") sent you a letter on February 22, 2019 notifying you of the decision on your claim and the amount of your award.  That letter included a request for documents that were missing from your claim and are required in order to process your payment.  The VCF has since received the requested documents and this letter provides the details of your award and information on the next steps to be taken on your claim.

After reviewing the responses in your claim form, the documents you submitted in support of your claim, and information from third-party entities, the VCF has calculated the amount of your award as $■■■■■■■■.  This determination is in accordance with the requirements of the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act").  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions that were considered when calculating your award.

The VCF did not award lost earnings because we were not able to conclude that the victim's death resulted in a loss of earnings. The information in your claim shows that the victim had already stopped working before death because of a condition that is not eligible for compensation from the VCF. Because the victim's earnings had already stopped, we could not find that the death caused the loss of earnings. To be eligible for compensation for lost earnings, you must show that the victim stopped working because of a disability from an eligible condition.

The VCF has awarded replacement services loss as of December 8, 2015, when Mrs. Lakeman was first diagnosed with biliary cancer (which the VCF considers to be consistent with one of Mrs. Lakeman's eligible cancer conditions).

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.



**September 11th Victim Compensation Fund**

**What Happens Next**

The VCF will deem this award to be final and will begin processing the full payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below. If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period. Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**: You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated, or if you believe you can demonstrate extraordinary circumstances indicating that the calculation does not adequately address your loss. **If you choose to appeal, your payment will not be processed until your hearing has been held and a decision has been rendered on your appeal**.

  To appeal the award, you must complete two steps by the required deadlines:

  1. Complete and return the enclosed **Compensation Appeal Request Form** within **30 days from the date of this letter**. Follow the instructions on the form and upload it to your claim or mail it to the VCF by the required deadline. If you do not submit your completed Compensation Appeal Request Form within 30 days of the date of this letter*, you will have waived your right to an appeal* and the VCF will begin processing any payment due on your claim.

  2. Complete and submit your **Compensation Appeal Package** (Pre-Hearing Questionnaire, Compensation Explanation of Appeal, and all applicable supporting documents) no later than **60 days from the date of this letter**. It is important that you carefully review the information enclosed with this letter and follow the instructions if you intend to appeal your award. Additional instructions on the appeals process can be found on the VCF website under "Frequently Asked Questions" and in the Policies and Procedures available under "Forms and Resources."

  Once your complete Compensation Appeal Package is submitted, the VCF will review the information to confirm you have a valid appeal, and will notify you of the next steps specific to your appeal and the scheduling of your hearing.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award. If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment. If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award. If you need to notify the VCF of a new collateral source



payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the VCF Permanent Authorization Act. As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555. Please have your claim number ready when you call: **VCF0109399**. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: STEVEN LAKEMAN

P.O. Box 34500, Washington, D.C. 20043
VCF0109399AL0611201C



September 11th Victim Compensation Fund

# Award Detail

Claim Number: VCF0109399
Decedent Name: GEORGETTA LAKEMAN

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $ |
| | |
| **Subtotal Award for Personal Injury Claim** | $ |



| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | |
| SSA Survivor Benefits | |
| Worker's Compensation Death Benefits | |
| Other Offsets related to Earnings | |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $ ▇▇▇ |
| Burial Costs | $ ▇▇▇ |
| **Total Other Economic Losses** | $ ▇▇▇ |
| | |
| **Total Economic Loss** | $ ▇▇▇ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $ ▇▇▇ |
| Non-Economic Loss - Spouse/Dependent(s) | $ ▇▇▇ |
| **Total Non-Economic Loss** | $ ▇▇▇ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($ ▇▇▇ ) |
| Life Insurance | ($ ▇▇▇ ) |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ($ ▇▇▇ ) |
| | |
| **Subtotal Award for Deceased Claim** | $ ▇▇▇ |



| | |
|---|---|
| **Subtotal of Personal Injury and Deceased Claims** | $ |
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| **TOTAL AWARD** | $ |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| **Eligible Conditions Considered in Award** |
|---|
| Malignant Primary Neoplasm Unspecified |
| Multiple Myeloma |

# Family Member Affidavits

# Steven Lakeman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                            03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

---------------------------------------------------------------- X   **AFFIDAVIT OF**
EVELYN BETSO, et al.,                           **STEVEN LAKEMAN**

                              Plaintiffs,       21-CV-01394 (GBD)(SN)

     V.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
---------------------------------------------------------------- X

STATE OF NEW YORK      )
                       : SS
COUNTY OF RICHMOND     )

STEVEN LAKEMAN, being duly sworn, deposes and says:

1. I am a plaintiff in the within action, am over 18 years of age, and reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

2. I am currently 65 years old, having been born on ▮▮▮▮▮▮▮▮▮▮▮.

3. I am the husband of Decedent, Georgetta Lakeman, upon whose death my claims are based. I submit this Affidavit in support of the present motion for a default money judgment for the claim made on behalf of my wife's estate and for my solatium claim. On May 30, 2017, I was issued Letters of Administration as Administrator of my wife's estate by the Richmond County Surrogate's Court.

4. My wife passed away from metastatic biliary cancer on November 17, 2016, at the age of 53. It was medically determined that this illness was causally connected to her exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5. My name is Steven L. Lakeman. I raised four children, Kenneth (deceased), Brittany (28 years old), Steven (26 years old), and Victoria (25 years old), with my spouse of 23 years, the late Mrs. Georgetta Lakeman. She was at work the day of the attack and managed to escape the building shortly before its collapse. She was our family's doctor, psychologist, chef, nutritionist, financial advisor, life coach, interior decorator, gardener/landscaper, social planner, and coordinator. She was our children's spiritual advisor and counselor for their Native American heritage. My wife had an adventurous spirit that led her to try new things. Motorcycles interested her, so she bought and learned to ride a bike. She saw that I was into outdoor sports like hunting, fishing, and camping, so she took a strong interest in those activities as well. However, her most endearing quality was her nurturing nature. This was not just the case with our children, but every aspect of her life. As spring arrived, the gardens around our home would come to life with the flowers and plants she cultivated. She also ran a volunteer group that not only beautified the neighborhood park but ran children's programs in art and reading during the summer months.

6. Georgetta was an Information Technologies consultant for Shearson Lehman. Their officers were located on the 38th floor of the North Tower. She was at work on the day of the attack and managed to escape the building with her coworkers shortly before its collapse. Georgetta and her coworkers exited the building and managed to get several blocks away before the first tower collapsed. They were all covered in a thick layer of ash and debris. They tried for several hours to get away from Manhattan. The Staten Island Ferry was so mobbed and out of control that no one could board it. Later they were able to board an ad-hoc fleet of boats ferrying people to New Jersey. From there they managed to make their way to Bayonne and eventually back home.

7. My wife's diagnosis of multiple myeloma came when anomalies appeared in a

blood test. Further investigation revealed the onset of the disease. There is no real treatment. We were relegated to monitoring the progress of the disease. Early in 2015, my wife suffered an intense burning sensation in her feet and legs. Staten Island Hospital started treating her for nerve damage, but her oncologist had her go to Memorial Sloan Kettering Medical Center instead. There they discovered metastatic biliary cancer. It seemed to originate in the gall bladder area and had spread to other organs in her body. The burning she felt was the tumors impinging on her nerves at the spinal column. From the onset of her foot pain to the time they were able to eradicate the tumor, she was heavily sedated to keep the pain levels tolerable. After the tumor was reduced in size, my wife was able to get around better. However, from that time until she passed away, she was in a constant state of pain and physical exhaustion.

8. The loss of my wife was the most devastating thing to ever befall my family. She was the children's advisor and confidant. She was deeply involved in their lives, helping them with their career choices, school issues, and life issues. Her passing has collapsed their world and mine. I watch them struggle every day in dealing with her loss. I try to help them, but more often than not I only make matters worse. After all, I can barely manage to look after myself. Her passing has destroyed me. She was more than my confidant, my lover, or my best friend. She is my other half, the good half. All that is noble and good about me comes from her. She is my inspiration in life. I looked forward each day to putting a smile on her beautiful face. Since she became ill, it had become increasingly harder to do. Now that she is gone, I will never be able to do so again.

*Steven Lakeman*

STEVEN LAKEMAN

Sworn before me this

17 day of Aug, 2023

_____
Notary public

RAYMOND C HUMINSKI
Notary Public - State of New York
NO. 01HU6272909
Qualified in Richmond County
My Commission Expires 4/3/24