# EXHIBIT CC

# Estate of Robert J. Ventriglia

# VCF Documentation

 September 11th
Victim Compensation Fund

August 24, 2016


KATHERINE VENTRIGLIA
C/O BETH N. JABLON
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY 10271


Dear KATHERINE VENTRIGLIA:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. You submitted an Eligibility Form on behalf of ROBERT VENTRIGLIA. Your claim number is VCF0011207. Your Eligibility Form was determined to be substantially complete on August 24, 2016. As stated in the Regulations and on the claim form, by filing a substantially complete Eligibility Form, you have waived your right to file or be a party to a September 11th-related lawsuit on behalf of the decedent and his or her survivors.

## The Decision on your Claim

The VCF has determined that the decedent has met the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- HEPATOCELLULAR CARCINOMA

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

## What Happens Next

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any compensation, you should amend your claim. If you choose to amend your claim, you will need

September 11th
Victim Compensation Fund

to use the VCF Private Physician process. The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim. All forms are available on the VCF website under "Forms and Resources." The website also includes detailed information and instructions on the Private Physician process.

**If the decedent did not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials. If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

P.O. Box 34500, Washington, D.C. 20043
VCF0011207EL0824161C



February 24, 2023

KATHERINE VENTRIGLIA

████████████████
████████████████████████

## Your Award
### Claim VCF0011207

Dear KATHERINE VENTRIGLIA:

The September 11th Victim Compensation Fund has reviewed your amendment(s) for additional compensation. Based on our review, we have increased your total award to $████████ .

We already paid you $████████ . As a result of the decision on your amendment(s), we will pay you an additional $████████ .

The enclosed "Award Detail" lists the eligible condition(s) that are included in your award and explains how the award was calculated.

## When will I get paid?
Your lawyer will receive your payment by approximately **May 18, 2023.** Once your lawyer receives your payment, they should send your payment to you within thirty days. If you have questions about your payment, please contact your lawyer.

**If you request an appeal hearing,** you will not receive your payment until **after** your hearing has been held and a decision has been made on your appeal.

As the personal representative for the estate of ROBERT VENTRIGLIA, you may be required to distribute the payment to other people under state law. The VCF cannot advise you on how to distribute the payment.

## What if I believe there is an error in my award?
If you believe there is an error in your award, you may request an appeal hearing. To request an appeal hearing, follow the instructions on the enclosed Compensation Appeal Request Form. Please pay attention to the specific dates on the form. If you do not submit the completed form by the required date, *you will lose your right to appeal*.

If you decide not to appeal, we will consider your award to be final once the date for requesting an appeal has passed.



### Do I have to tell the VCF if I receive other payments relating to my VCF-eligible conditions?

Yes. If you receive any other payments relating to your VCF-eligible condition(s) before October 1, 2090, **you must tell us**. Some examples of other payments are lawsuit settlements, workers' compensation benefits, Social Security disability benefits, or long-term disability insurance. ***You are required by law* to tell us about these and all other payments you receive related to your VCF-eligible conditions.**

To tell us about these payments, submit a Collateral Offset Update Form. You can find this form at https://www.vcf.gov/sites/vcf/files/resources/CollateralOffsetUpdateForm.pdf. Your deadline for submitting the form is 90 days after you find out that you will be receiving the payment.

### How much can my lawyer charge me for representing me in my amendment(s)?

By law, your lawyer can charge you up to ten percent of the additional amount you received as a result of your amendment(s). Your lawyer can also charge you for two types of costs, if they incurred them as part of your amendment(s):

(1) The cost of getting copies of medical records, but only if certain requirements are met. The requirements are listed at https://www.vcf.gov/policy/information-individuals-attorneys.

(2) The cost of translating documents into English, but only if certain requirements are met. The requirements are listed at the same website.

The VCF did not approve your lawyer charging you for any other costs.  If payment was made to your lawyer, then your lawyer will subtract their fee and the allowed costs before sending your payment to you.

### What if I have questions?

If you have questions, visit our website or call us:

> **Website** www.vcf.gov
>
> **Toll-free Helpline** 1-855-885-1555
>
> **Hearing impaired** 1-855-885-1558 (TDD)
>
> **Outside the United States** 1-202-514-1100

Please have your claim number ready when you call: VCF0011207.

If you have a lawyer representing you in your VCF claim, your lawyer may also be able to answer your questions.



Sincerely,

August E. Flentje
Special Master
September 11th Victim Compensation Fund


JESSICA DENNINGER can access the electronic copy of this letter uploaded to your online claim.



# Award Detail

Claim Number:    VCF0011207
Decedent Name:    ROBERT VENTRIGLIA

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $ |
| | |
| **Subtotal Award for Personal Injury Claim** | $ |



| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| | |
| **Loss of Earnings including Benefits and Pension** | |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | |
| SSA Survivor Benefits | |
| Worker's Compensation Death Benefits | |
| Other Offsets related to Earnings | |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $███████ |
| Burial Costs | $███████ |
| **Total Other Economic Losses** | $███████ |
| | |
| **Total Economic Loss** | $███████ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $███████ |
| Non-Economic Loss - Spouse/Dependent(s) | $███████ |
| **Total Non-Economic Loss** | $███████ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($██████) |
| Life Insurance | ($██████) |
| Other Offsets | ($██████) |
| **Total Additional Offsets** | ($██████) |
| | |
| **Subtotal Award for Deceased Claim** | $███████ |



| Subtotal of Personal Injury and Deceased Claims | $ |
|---|---|
| PSOB Offset | ($ ) |
| Prior Lawsuit Settlement Offset | $0.00 |
| **TOTAL AWARD** | $ |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| Eligible Conditions Considered in Award |
|---|
| Hepatocellular Carcinoma |

# Family Member Affidavits

# Katherine Ventriglia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                              03-MDL-1570  (GBD)(SN)
SEPTEMBER 11, 2001


-----------------------------------------------------------------X       **AFFIDAVIT OF KATHERINE**
EVELYN BETSO, et al.,                                        **VENTRIGLIA**




                                       Plaintiffs,        21-CV-01394  (GBD)(SN)


                 V.


ISLAMIC REPUBLIC OF IRAN,


                                       Defendant.
----------------------------------------------------------------- X

STATE OF NEW JERSEY       )
                          : SS
COUNTY OF MONMOUTH)


        KATHERINE VENTRIGLIA, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

██████████████████████████████████████████████

        2.      I am currently 76 years old, having been born on ███████████████████

        3.      I am the wife of Decedent, Robert J. Ventriglia, upon whose death my claim
is based. I submit this Affidavit in support of the present motion for a default money
judgment for the claim made on behalf of my husband's estate and for my solatium
claim. On October 18, 2012, I was issued Letters of Limited Administration as
Administrator of my husband's estate by the Richmond County Surrogate's Court.

        4.      My husband passed away from liver cancer on November 2, 2010, at the age of
63. It was medically determined that this illness was causally connected to his exposure to the
toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      My husband and I were married for forty-three years. It was a beautiful marriage. We did everything together. We owned a house up at Lake George that we often visited to get away for a while. We even hosted open house events at our Lake George home for family and friends. We went to the racetracks together and hosted picnics with his fellow firemen. We did this for seventeen years. Ever since he passed away, I have not been able to do these things anymore. I miss doing these things, but I cannot do them without my husband by my side. The older I get, the harder it becomes. I do have my family, but I don't have my husband. It is not the same without him.

6.      My husband was a New York City firefighter. On the day of September 11th, he was not on duty. We were at home watching the news when the attacks were suddenly broadcast live. My husband immediately got dressed and left our home for the firehouse to respond with the other firefighters. It was a Tuesday morning when he left; he did not return home until Friday two weeks from that date. He remained at the firehouse when he was off duty because there was so much for the firefighters to do. I would sometimes visit him at the firehouse whenever I was in that area working with other young women while the men responded to the attacks. My son accompanied my husband to the World Trade Center site because he wanted to be with his father. I was worried for them, but it was reassuring to know my husband was not alone. I remember the fear and worry I felt while he responded to the attacks at the World Trade Center site, but he did come home.

7.      My husband's illness destroyed him, and it destroyed my family and I because it was unexpected. He went for an annual physical, and a tumor was found in his liver. When the doctors decided to remove the tumor through an operative procedure, they discovered my husband's body was full of cancer. He was admitted to the hospital at the end of October for surgery and passed away three days later. God was merciful in that He did not grant my husband

time to suffer. Nobody could believe my husband was that ill because there were absolutely no symptoms. He was always a healthy man who maintained a healthy diet and a rigorous fitness schedule. He used to go to the racetrack every day. How could such a healthy man succumb to deadly cancer in just a matter of days?

8.    I am devastated. I miss my husband terribly. He and I did everything together. The holidays are now difficult for me because he is no longer here to celebrate with our family. We would have celebrated our 53rd anniversary this year. Sometimes I wait for him to walk through the front door and announce that he is home. I do not believe he is really gone. Everyone tells me I live in a fantasy world waiting for my husband, but the truth is that this is my reality and I have no reason to let him go.

9.    My husband survived 9/11, but he did not survive the repercussions of it. He loved being a firefighter; he died doing what he loved. I cherish his love and loyalty forever.

_____
KATHERINE VENTRIGLIA

Sworn before me this

13th day of October, 2023

_____
Notary public

JUDY M. EGGERT
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 12/30/2026