

Robert G. Sullivan
Nicholas Papain
Vito A. Cannavo
John F. Nash
Frank V. Floriani
Eleni Coffinas
Hugh M. Turk
Albert B. Aquila
Brian J. Shoot

Eric K. Schwarz
Elizabeth Montesano
Deanne M. Caputo
Liza A. Milgrim
Thomas J. McManus
Glenn W. Nick
Mark A. Apostolos
Craig M. Silverman

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
TrialLaw1.com

PLEASE REPLY TO:

New York City Office

Jessica P. Denninger
Christopher J. DelliCarpini
Ana-Marija Turkovic
NallyAnn Scaturro
Michael P. Napolitano
Jacqueline P. Lasker
Joseph I. Rozovsky
Danielle Goldfinger
Amber Volz

Katie Prior
Joseph Fattorusso
Laura Raphael
Nicole M. LaGrega
James Kilduff
Samantha Menicucci
Matthew L. Rubino
Sahil S. Koul
Christian Naber

Hon. Joseph N. Giamboi *(1925-2018)*
Michael N. Block *(1943-2024)*
Stephen C. Glasser
Paul F. Oliveri
*Of Counsel*

John M. Tomsky
Beth N. Jablon
Ina Pecani
*Counsel to the Firm*

Author's E-Mail Address:
NPapain@TrialLaw1.com
Direct Telephone Line:
(212) 266-4101
Private Fax Line:
(212) 266-4161

March 5, 2025

**VIA ECF**

The Honorable George B. Daniels, United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn, United States Magistrate Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, **Case No. 03 MDL 1570 (GBD)(SN)**
            *Accardi et al v. Islamic Republic of Iran,* **Case No. 21-cv-06247**
            *Alexander et al v. Islamic Republic of Iran,* **Case No. 21-cv-03505**
            *Betso et al v. Islamic Republic of Iran,* **Case No. 21-cv-01394**

            **Request for a 14-Day Extension of the Deadline to File Written Objections to the Report and Recommendation, dated Feb. 28, 2025, ECF No. 10755**

Dear Judge Daniels and Judge Netburn:

    The undersigned, as the attorney for the Plaintiffs in the above-referenced actions, respectfully submits this Letter Motion to request a 14-day extension of the deadline to submit objections to a limited part of the Report and Recommendation issued by the Court on February 28, 2025, ECF No. 10755 ("R. & R."); specifically, that part of the R. & R. which recommended denying the claims for solatium damages brought by 200 Surviving Family Members of Latent Injury Decedents.

SUFFOLK OFFICE
33105 Main Road, Cutchogue, New York 11935
TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502
SPBMC-LI@TrialLaw1.com

NASSAU OFFICE
1140 Franklin Avenue, Garden City, New York 11530
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
25 Main Street, Suite 602, Hackensack, New Jersey 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

SULLIVAN PAPAIN BLOCK McMANUS COFFINAS & CANNAVO P.C.

*Page 2 of 2*

    The R. & R. having been issued on February 28, 2025, the current deadline to file written objections is Friday, March 14, 2025. Given that the adoption of this part of the R. & R. would, in effect, result in the dismissal of these 200 individual solatium claims, it is respectfully requested that the deadline to submit objections be extended by 14 days to March 28, 2025, to properly and fully brief this matter.

    Thank you for the Court's consideration of the above request.

Respectfully submitted,

*/s/ Nicholas Papain*

Nicholas Papain, Esq.
Sullivan Papain Block McManus
Coffinas & Cannavo P.C.
120 Broadway, 27th Floor
New York, NY 10271
Phone: (212) 732-9000
COUNSEL FOR PLAINTIFFS
*IN THE ACCARDI, ALEXANDER,*
AND *BETSO ACTIONS*