**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

> *Accardi v. Islamic Republic of Iran*, No. 21-cv-06247 (GBD)(SN)
> *Alexander v. Islamic Republic of Iran*, No. 21-cv-03505 (GBD)(SN)
> *Amin v. Islamic Republic of Iran*, No. 20-cv-00412 (GBD)(SN)
> *Anderson v. Islamic Republic of Iran*, No. 20-cv-00354 (GBD)(SN)
> *Betso v. Islamic Republic of Iran*, No. 21-cv-01394 (GBD)(SN)

GEORGE B. DANIELS, United States District Judge:

Upon letter motions by the *Accardi*, *Alexander* and *Betso* Plaintiffs, the Court extends the

deadline to submit objections to Magistrate Judge Sarah Netburn's February 28, 2025 Report and

Recommendation to March 24, 2025. The Clerk of the Court is respectfully directed to close the

motions at ECF Nos. 10764 and 10765.

Dated:   March 6, 2025
         New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge